UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHIGAN URGENT &
PRIMARY CARE PHYSICIANS, P.C.,

    Plaintiff,                                         Case No. 18-cv-11373
                                                        Hon. Matthew F. Leitman

-vs-

CAROLINA NARROW FABRIC
COMPANY, d/b/a CNF, et al.,

    Defendants.
_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

    This matter having come before the Court upon the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises;

    WHEREAS, the parties have negotiated a settlement, and pursuant to Fed R. Civ. Proc. 41(a), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without costs and the dismissal of Plaintiff's putative class claims without prejudice and without costs.

    **IT IS SO ORDERED.**

                                                    /s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated:  January 2, 2019

1

STIPULATED AND AGREED:

| **PLAINTIFF** | **DEFENDANT** |
|---|---|
| MICHIGAN URGENT CARE & PRIMARY CARE PHYSICIANS, P.C. | CAROLINA NARROW FABRIC COMPANY, doing business as CNF |

/s/Daniel A. Edelman
Daniel A. Edelman (IL Bar. No.712094)
Cathleen M. Combs
Dulijaza (Julie) Clark
EDELMAN COMBS LATTURNER
& GOODWIN LLC
20 South Clark Street, Suite 1500
Chicago, IL  60603
(312) 739-4200
(312) 419-0379 (Fax)
courtecl@edcombs.com

Adam G. Taub
ADAM G. TAUB & ASSOCIATES
CONSUMER LAW GROUP, PLC
17200 West Ten Mile Road, Suite 200
Southfield, MI  48075
(248) 746-3790
adamgtaub@clgplc.net

*Attorneys for Plaintiff*

/s/Joshua Anderson
Eric J. Troutman (CA Bar No. 229263)
Joshua Anderson (CA Bar. No. 279170)
WOMBLE BOND DICKINSON LLP
3200 Park Center Drive, Suite 700
Costa Mesa, CA 92626
Telephone: (714) 557-3800
Facsimile: (714) 557-3347
eric.troutman@wbd-us.com
joshua.anderson@wbd-us.com

Daniel J. Scully (P36560)
Joshua G. Latzman (P77518)
CLARK HILL, PLC
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226
Telephone: (313) 965-8300
Facsimile: (313) 309-6868
dscully@clarkhill.com
jlatzman@clarkhill.com

*Attorneys for Defendant
Carolina Narrow Fabric Company,
doing business as CNF*